IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH L. SMITH
ADC #176381                                                                    PLAINTIFF

v.                          No. 3:20-cv-342-DPM

KEITH BOWERS, Administrator,
Craighead County Detention Center;
TONI RAYMOND, Assistant Jail
Administrator, Craighead County Jail;
and MARTY BOYD, Sheriff, Craighead
County Sheriff Department                                                       DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 7*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Smith's complaint, *Doc. 2*, will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 January 2021