# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSEPH L. SMITH
ADC #176381                                                                    PLAINTIFF

v.                              No. 3:20-cv-342-DPM

KEITH BOWERS, Administrator,
Craighead County Detention Center;
TONI RAYMOND, Assistant Jail
Administrator, Craighead County Jail;
and MARTY BOYD, Sheriff, Craighead
County Sheriff Department                                                      DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2021